## ROBERT GILLESPIE, GEORGE MOFFAT AND WILLIAM GILKINSON, EXECUTORS, ETC., OF RICHARD PATTINSON, DECEASED, *versus* ROBERT SMART

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Appearance *p. 204; (2) continued *p. 263; (3) motion for production of books overruled *p. 302; (4) leave granted to amend notice of set off *p. 308; (5) jury impaneled *p. 309; (6) witnesses sworn *p. 309; (7) absent witness ordered attached *p. 309; (8) absent witness excused, sworn *p. 309; (9) witness sworn *p. 309; (10) constable sworn to attend jury *p. 309; (11) verdict *p. 309; (12) motion for judgment *p. 312; (13) motion in arrest overruled, rule for judgment *p. 326.

PAPERS IN FILE: (1) Precipe for process; (2) summons and acknowledgment of service; (3) declaration; (4) plea of non assumpsit and notice of set off; (5) deposition of William B. Torrence; (6) notice to produce books of account; (7) precipe for subpoena; (8) subpoena; (9) motion for rule to produce books of account; (10) notice to produce books of account; (11) subpoena; (12) defendant's bill of particulars; (13) subpoena for George T. F. Ireland; (14) attachment for Lambert Lafoy; (15) panel of jurors; (16) verdict; (17) motion for judgment; (18) precipe for execution fi. fa.; (19) writ of fi. fa. and return; (20) statement of accounts.

*1821 Calendar*, MS p. 87. Recorded in *Book B*, MS pp. 150–55.